This is George Dick. He just talks about the brief interview. As you can see, he's talking to a new audience here. Thank you, Bob. This is one of the procedures. Mr. Nelson worked for the State Department for eight years, ten months, or six years. He's been hired by the State Department since 1957. He's working for the State Department since he's not a veteran, he's a veteran of this country. He's working for the State Department since he was a young child. He's hired by the State Department for a while, but he's not a veteran. He's also a very good children's lawyer. He's just a serious service or a volunteer. He's not a veteran, but he's a good man. And he has four years of experience. Mr. Nelson's a former licensed police officer. I think he's a good citizen. He's just a good man. I was very surprised at the amount of time he worked. The amount of money he worked. The amount of change in his story that was made in the State Department. He's done so much for the State Department. He's a very good citizen. He's a very good
judges: Hawkins, W. Fletcher, Murguia